UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>301 ADAMS STREET, QUINCY,<br>MASSACHUSETTS; 1548-1558<br>DORCHESTER AVENUE, DORCHESTER,<br>MASSACHUSETTS; and FIVE (5)<br>CERTAIN PARCELS OF LAND WITH THE<br>BUILDINGS(S) THEREON IN BROCKTON<br>PLYMOUTH COUNTY, MASSACHUSETTS,<br>COMMONLY KNOWN AS 11 ROSSETER<br>STREET, 16 ROSSETER STREET,<br>213-223 NORTH MAIN STREET, 204<br>NORTH MONTELLO STREET, AND 227<br>NORTH MAIN STREET, INCLUDING ALL<br>APPURTENANCES AND IMPROVEMENTS<br>THEREON,<br>Defendants. | ) **FILED UNDER SEAL**<br>)<br>)<br>) Civil Action No. 04-12582-RCL<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**MOTION TO IMPOUND**

The United States of America, by and through its attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, hereby moves to seal, pursuant to Local Rule 7.2, this Motion to Impound and the attached Assented to Motion to Extend Time for Service of Verified Complaint for Forfeiture *In Rem*, filed herewith, except as to employees, contract employees, and agents of the United States Attorney's Office for the District of Massachusetts, and any law enforcement officers involved in the investigation.

The United States requests that any such Order not preclude disclosure of such documents by employees, contract employees, and agents of the United States Attorney's Office for the District of

Massachusetts, any law enforcement officers involved in the investigation, or the United States Marshal for the District of Massachusetts or his officers and agents, as necessary to comply with Orders of this Court.

As required by Local Rule 7.2, this Motion is supported by good cause, as detailed in the attached Assented-to Motion to Extend Time for Service of Verified Complaint for Forfeiture *In Rem*. The United States therefore requests that the documents be placed under seal until June 7, 2005.

WHEREFORE, the United States respectfully requests that this Court impound this Motion and the items listed herein until June 7, 2005, or until further Order of the Court.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:     KRISTINA E. BARCLAY
Assistant U.S. Attorney
1 Courthouse Way, Suite 9200
Boston, MA  02210
(617) 748-3100

Dated: March 29, 2005


APPROVED AND SO ORDERED:


REGINALD C. LINDSAY
United States District Judge
Date: _____, 2005

2