UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>301 ADAMS STREET, QUINCY,<br>MASSACHUSETTS; 1548-1558<br>DORCHESTER AVENUE, DORCHESTER,<br>MASSACHUSETTS; FIVE (5) CERTAIN<br>PARCELS OF LAND WITH THE<br>BUILDINGS(S) THEREON IN BROCKTON<br>PLYMOUTH COUNTY, MASSACHUSETTS,<br>COMMONLY KNOWN AS 11 ROSSETER<br>STREET, 16 ROSSETER STREET,<br>213-223 NORTH MAIN STREET, 204<br>NORTH MONTELLO STREET, AND 227<br>NORTH MAIN STREET, INCLUDING ALL<br>APPURTENANCES AND IMPROVEMENTS<br>THEREON; $67.561.88 IN UNITED<br>STATES CURRENCY; and $26,776.42<br>IN UNITED STATES CURRENCY, SEIZED<br>FROM ASIAN AMERICAN BANK CHECKING<br>ACCOUNT NUMBER 310029269,<br>Defendants. | )**FILED *EX PARTE* AND UNDER SEAL**<br>)<br>)<br>)Civil Action No. 04-12582-RCL<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## MOTION TO AMEND
## VERIFIED COMPLAINT FOR FORFEITURE IN REM

The United States, by and through its attorney, Michael J.
Sullivan, United States Attorney for the District of
Massachusetts, hereby moves, pursuant to Rule 15(a) of the
Federal Rules of Civil Procedure, that this Court allow for the
filing of the Amended Verified Complaint for Forfeiture in Rem
submitted herewith.  In support thereof, the United States sets
forth the following:

1.   On December 9, 2004, the United States of America filed
a Verified Complaint for Forfeiture in Rem (the "Complaint")

against the defendant properties described as:

   a.   the real property and buildings located at 301 Adams
        Street, Quincy, Massachusetts, having a deed recorded
        at the Norfolk County Land Court as Document No.
        1025853, noted on Certificate of Title No. 167544 ("301
        Adams"), currently owned by Tina Le;

   b.   the real property and buildings located at 1548-1558
        Dorchester Avenue, Dorchester, Massachusetts, having a
        deed recorded at the Suffolk County Registry of Deeds
        at Book 32823, Page 262, ("1548 Dorchester"), currently
        owned by Tina Le; and

   3.   five (5) certain parcels of land with the buildings(s)
        thereon in Brockton, Plymouth County, Massachusetts,
        commonly known as 11 Rosseter Street, 16 Rosseter
        Street, 213-223 North Main Street, 204 North Montello
        Street, and 227 North Main Street, having a deed
        recorded at the Plymouth County Registry of Deeds, Book
        29342, Page 298, ("204 North Montello"), currently
        owned by DL Group, L.L.C.,

alleging that they are subject to forfeiture pursuant to 18

U.S.C. § 981(a)(1)(C), and 18 U.S.C. § 981(a)(1)(A).  See

Verified Complaint for Forfeiture in Rem, ¶¶ 3 and 4.

   2.   In the meantime, on or about December 15, 2004,

pursuant to search and seizure warrants issued by the District

Court of Massachusetts (Magistrate Judge Robert B. Collings) in

connection with the parallel criminal investigation described in

the Affidavit of Brad Carpenter (attached to the Complaint) law

enforcement officers seized the following property:

   a.  $67,561.88 in United States Currency[1], seized from

    301 Adams on December 15, 2004 (the "Seized

    Currency"); and

   b.  $26,776.42 in United States Currency, seized from

    Asian American Bank Checking Account Number

    310029269, held in the name of Tina Le on December

    15, 2004 (the "9269 Account").

3.  After the December 15, 2004 searches and seizures, the Federal Bureau of Investigation (the "FBI") began administrative forfeiture proceedings against the Seized Currency and the 9269 Account, including notifying all parties with any possible interest in the seized properties of the forfeiture proceedings.

4.  On or about February 17, 2005, Andrew Feldman filed an administrative claim with the FBI to $42,101.48 of the Seized Currency.

5.  On or about March 7, 2005, Asian American Bank filed an administrative claim with the FBI to $6,026.85 of the 9269 Account.

6.  Pursuant to 19 U.S.C. §§ 1608 and 1610, the FBI, as the seizing agency, transmitted the administrative claims to the United States Attorney for the purpose of initiating a judicial

---

[1] The currency seized from 301 Adams included United States Currency, Canadian Currency, Singapore Currency, and Euros. All of the seized currency was converted into United States currency at the applicable exchange rate, and totaled $67,561.88.

3

forfeiture action against the Seized Currency and the 9269
Account.

7.    By this Motion, the United States seeks leave to amend
Paragraph 3 of the Complaint to include the Seized Currency and
the 9269 Account in this civil forfeiture action, and requests
that the case caption be revised to reflect the addition of these
two forfeitable assets.

8.    As set forth in the Amended Affidavit of Brad
Carpenter, attached to the government's proposed Amended
Complaint for Forfeiture in Rem (the "Amended Complaint"), the
same facts and circumstances form the basis for the seizure
and/or forfeiture of 301 Adams, 1548 Dorchester, 204 North
Montello, the Seized Currency and the 9269 Account.

9.    Rule 15(a) of the Federal Rules of Civil Procedure
provides in relevant part that a "party may amend the party's
pleading once as a matter of course at any time before a
responsive pleading is served."  No response to the Complaint has
been served, and this is the first motion to amend the Complaint
filed by the United States.

4

WHEREFORE, the United States respectfully moves this Court to allow the filing of the Amended Verified Complaint for Forfeiture in Rem.

Respectfully submitted,

MICHAEL J. SULLIVAN,
United States Attorney

By:

Kristina E. Barclay
Assistant U.S. Attorney
1 Courthouse Way, Suite 9200
Boston, Massachusetts 02210
(617) 748-3100

Date: May 18, 2005