UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>      Plaintiff,<br><br>      v.<br><br>301 ADAMS STREET, QUINCY,<br>MASSACHUSETTS; 1548-1558<br>DORCHESTER AVENUE, DORCHESTER,<br>MASSACHUSETTS; FIVE (5) CERTAIN<br>PARCELS OF LAND WITH THE<br>BUILDINGS(S) THEREON IN BROCKTON<br>PLYMOUTH COUNTY, MASSACHUSETTS,<br>COMMONLY KNOWN AS 11 ROSSETER<br>STREET, 16 ROSSETER STREET,<br>213-223 NORTH MAIN STREET, 204<br>NORTH MONTELLO STREET, AND 227<br>NORTH MAIN STREET, INCLUDING ALL<br>APPURTENANCES AND IMPROVEMENTS<br>THEREON; $67,561.88 IN UNITED<br>STATES CURRENCY; and $26,776.42 IN<br>UNITED STATES CURRENCY, SEIZED<br>FROM ASIAN AMERICAN BANK CHECKING<br>ACCOUNT NUMBER 310029269,<br>      Defendants. | **FILED EX PARTE AND UNDER SEAL**<br><br>Civil Action No. 04-12582-RCL |

**WARRANT AND MONITION**

To:  The United States Marshal for the District of
     Massachusetts, or his Deputies

We Command You that you give notice to all persons concerned that an Amended Verified Complaint for Forfeiture In Rem (the "Complaint"), a copy of which is attached hereto, has been filed by the United States of America against the defendant properties, which are described as:

    a.  the real property and buildings located at 301 Adams Street, Quincy, Massachusetts, having a deed recorded at the Norfolk County Land Court as Document No. 1025853, noted on Certificate of Title No. 167544 ("301 Adams"), currently owned by Tina Le;

    b.  the real property and buildings located at 1548-1558


09

        Dorchester Avenue, Dorchester, Massachusetts, having a deed recorded at the Suffolk County Registry of Deeds at Book 32823, Page 262, ("1548 Dorchester"), currently owned by Tina Le;

  c.    five (5) certain parcels of land with the buildings(s) thereon in Brockton, Plymouth County, Massachusetts, commonly known as 11 Rosseter Street, 16 Rosseter Street, 213-223 North Main Street, 204 North Montello Street, and 227 North Main Street, having a deed recorded at the Plymouth County Registry of Deeds, Book 29342, Page 298), ("204 North Montello"), currently owned by DL Group, L.L.C.;

  d.    $67,561.88 in United States Currency[1], seized from 301 Adams on December 15, 2004 (the "Seized Currency"); and

  e.    $26,776.42 in United States Currency, seized from Asian American Bank Checking Account Number 310029269, held in the name of Tina Le, on December 15, 2004 (the "9269 Account"),

(collectively referred to as the "Defendant Properties"), more particularly described in the Complaint for the forfeiture of the Defendant Properties to the United States of America pursuant to Title 18, United States Code, Sections 981(a)(1)(C), 981(a)(1)(A), and 981(b), and Title 31, United States Code, Section 5317(c)(1) and (c)(2).

Accordingly, you are hereby directed to serve, and give notice of, the Complaint by:

  (1)    Publishing notice of the United States' intent to forfeit the Defendant Properties at least once for three (3) successive weeks in the <u>Boston Herald</u> or any other newspaper having a general circulation in this District;

---

[1] The currency seized from 301 Adams included United States Currency, Canadian Currency, Singapore Currency, and Euros. All of the seized currency was converted into United States Currency at the applicable exchange rate, and totaled $67,561.88.

(2) Serving the Defendant Properties by posting a copy of this Warrant and Monition and the Complaint upon each of the Defendant Properties; and

(3) Mailing a copy of this Warrant and Monition, together with a copy of the Complaint to:

| | |
|---|---|
| Tina Le<br>301 Adams Street<br>Quincy, MA 02169 | Steven Nguyen<br>301 Adams Street<br>Quincy, MA 02169 |
| Plymouth County Registry of Deeds<br>7 Russell Street<br>Plymouth, MA 02361 | DL Group L.L.C.<br>204 North Montello Street<br>Brockton, MA 02301 |
| Steven A. Rubin<br>Trustee of the SA Rubin<br>Realty Trust<br>11 Katelyn Hill Drive<br>West Falmouth, MA 02574 | Stephen M. Scolnick, Esq.<br>Law Offices of Russo &<br>Scolnick, Eighth Floor<br>Two Oliver Street<br>Boston, MA 02109 |
| Norfolk County Registry of Deeds<br>Land Registration Office<br>649 High Street<br>Dedham, MA 02026 | Equity One, Incorporated<br>25 South River Road<br>Bldg. #1, Unit 104<br>Bedford, MA 03110 |
| Watkinson Law Offices<br>60 Quaker Lane<br>Suite 62<br>Warwick, RI 02886 | Luxury Mortgage Corp.<br>One Landmark Square<br>Suite 100<br>Stamford, CT 06901 |
| Suffolk County Registry of Deeds<br>24 New Chardon Street<br>Boston, MA 02114 | Barron & Stadfeld<br>50 Staniford Street<br>Suite 200<br>Boston, MA 02114 |
| Greenpoint Mortgage Funding, Inc.<br>2300 Brookstone Center Parkway<br>Columbus, OH 31309 | Equity One, Incorporated<br>200 Chauncy Street<br>Mansfield, MA 02048 |
| Equity One, Incorporated<br>Attn: Rachel Knee<br>301 Lippincott Drive<br>Marlton, NJ 08053 | City of Boston<br>Assessing Department<br>1 City Hall Plaza, Rm 302<br>Boston, MA 02201 |

```
Quincy Tax Assessor's Office          Brockton City Hall
1345 Hancock Street                   Assessor's Office
Quincy, MA 02169                      45 School Street
                                      Brockton, MA 02301

Brad Bailey, Esquire                  Andrew Feldman
Four Longfellow Place                 Broadway Enterprise Inc.
35th Floor                            100 Water Street
Boston, MA 02114                      Worcester, MA 01604

Richard A. King
Asian American Bank
68 Harrison Avenue
6th Floor
Boston, MA 02111
```

by certified mail, postage prepaid and return receipt requested, or by serving such copies on the listed parties by hand.

You Are Further Commanded that pending further order of the Court, you are **not** to take possession of, seize, or otherwise take into custody the Defendant Properties identified above as 301 Adams, 1548 Dorchester, and 204 North Montello (the "Defendant Real Properties"), and you are **not** responsible for the care or maintenance of the Defendant Real Properties during the pendency of this forfeiture action.

You Are Further Commanded, if you are granted permission by the owners or possessors of the Defendant Real Properties, to enter and forthwith conduct an inventory and inspection thereof.

You Are Further Commanded to arrest, attach, inspect and retain the Seized Currency and the 9269 Account in your custody until further order of this Court.

You Are Further Commanded to give due notice by appropriate

4

service of process, as provided herein, to all persons who claim an interest in the Defendant Properties, or assert that the Defendant Properties should not be condemned or disposed of pursuant to the prayer of the Verified Complaint for Forfeiture In Rem. Upon execution of this process, you are directed further to file the execution in this Court with your return thereon.

ALL CLAIMS TO THE DEFENDANT PROPERTIES MUST BE FILED WITH THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS AND SERVED UPON THE UNITED STATES ATTORNEY'S OFFICE, ASSET FORFEITURE UNIT, 1 COURTHOUSE WAY, SUITE 9200, BOSTON, MASSACHUSETTS 02210, WITHIN THIRTY (30) DAYS AFTER PROCESS HAS BEEN EXECUTED OR WITHIN SUCH ADDITIONAL TIME AS MAY BE ALLOWED BY THIS COURT. ALL ANSWERS TO THE COMPLAINT MUST BE FILED WITH THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS AND SERVED UPON THE UNITED STATES ATTORNEY'S OFFICE, ASSET FORFEITURE UNIT, 1 COURTHOUSE WAY, SUITE 9200, BOSTON, MASSACHUSETTS 02210, WITHIN TWENTY (20) DAYS AFTER THE FILING OF THE CLAIM. CLAIMS MUST BE FILED IN ACCORDANCE WITH THE FEDERAL RULES OF CIVIL PROCEDURE, SUPPLEMENTAL RULES FOR CERTAIN ADMIRALTY AND MARITIME CLAIMS. THE PROCEDURES FOR FILING A PETITION FOR REMISSION OR MITIGATION ARE SET FORTH IN 28 C.F.R. PART 9. IN ADDITION TO THE PROCEDURES MANDATED BY THOSE REGULATIONS, A COPY OF ANY PETITION FOR REMISSION OR MITIGATION

SHOULD BE FILED WITH THE SEIZING AGENCY, WHICH IS THE FEDERAL BUREAU OF INVESTIGATION, ONE CENTER PLAZA, SUITE 600, BOSTON, MASSACHUSETTS 02108, ATTENTION ASSET FORFEITURE GROUP.

Sarah A. Thornton, Clerk
U.S. District Court

By: *Lisa M Hourihan*
Deputy Clerk
Date: 7/12, 2005

APPROVED AND SO ORDERED:

REGINALD C. LINDSAY
United States District Judge
Date: July 6, 2005



**U.S. Department of Justice**

*Michael J. Sullivan*
*United States Attorney*
*District of Massachusetts*

---

Main Reception: (617) 748-3100

Kristina E. Barclay, Assistant U.S. Attorney
John Joseph Moakley United States Courthouse
1 Courthouse Way, Suite 9200
Boston, Massachusetts 02210

June 30, 2005

**FILED UNDER SEAL**

Lisa Hourihan
Clerk to the Honorable
Judge Reginald C. Lindsay
United States District Court
District of Massachusetts
1 Courthouse Way
Boston, MA 02210

Re: United States of America v. 301 Adams Street, Quincy, Massachusetts; 1548-1558 Dorchester Avenue, Dorchester, Massachusetts; and Five (5) Certain Parcels of Land with the Buildings(s) Thereon in Brockton Plymouth County, Massachusetts, Commonly Known as 11 Rosseter Street, 16 Rosseter Street, 213-223 North Main Street, 204 North Montello Street, and 227 North Main Street, Including All Appurtenances and Improvements Thereon; $67.561.88 in United States Currency; and $26,776.42 in United States Currency, Seized from Asian American Bank Checking Account Number 310029269
Civil Action No. 04-12582-RCL

Dear Ms. Hourihan:

Enclosed for filing, please find a Warrant and Monition in connection with the above-referenced civil forfeiture action. This document, which gives the United States the authority to notice all interested parties of this forfeiture action, was not filed with the original Amended Complaint for Forfeiture in Rem, due to the sensitive materials filed with Complaint and the ongoing criminal investigation.

Lisa Hourihan
June 30, 2005
Page Two


    Thank you for bringing this matter to the attention of the Court. Due to the fact that there is an ongoing criminal investigation and everything remains under seal, kindly call Lisa Talbot as soon as the Judge has made a ruling on this document. She can be reached at 617-748-3283.

                                            Very truly yours,

                                            Kristina E. Barclay
                                            Assistant U.S. Attorney

KEB/ljt
Enclosures