```
            UNITED STATES DISTRICT COURT
          FOR THE DISTRICT OF MASSACHUSETTS
```

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) **FILED UNDER SEAL** |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 04-12582-RCL |
| | ) |
| 301 ADAMS STREET, QUINCY, | ) |
| MASSACHUSETTS; 1548-1558 | ) |
| DORCHESTER AVENUE, DORCHESTER, | ) |
| MASSACHUSETTS; and FIVE (5) | ) |
| CERTAIN PARCELS OF LAND WITH THE | ) |
| BUILDINGS(S) THEREON IN BROCKTON, | ) |
| PLYMOUTH COUNTY, MASSACHUSETTS, | ) |
| COMMONLY KNOWN AS 11 ROSSETER | ) |
| STREET, 16 ROSSETER STREET, | ) |
| 213-223 NORTH MAIN STREET, 204 | ) |
| NORTH MONTELLO STREET, AND 227 | ) |
| NORTH MAIN STREET, INCLUDING ALL | ) |
| APPURTENANCES AND IMPROVEMENTS | ) |
| THEREON, | ) |
| Defendants. | ) |

## MOTION TO SEAL

The United States of America hereby moves the Court to seal its Emergency Motion to Extend Briefly the Time to Serve the Verified Complaint For Forfeiture *In Rem*, this motion and the Court's order on this motion, and any other paperwork related to this matter, until further order of this Court. As grounds for this motion, the government states that public disclosure of

these materials might jeopardize the ongoing investigation of this case and might cause the owner of the properties and her co-conspirators to flee.

                                                Respectfully submitted,

                                                MICHAEL J. SULLIVAN
                                                United States Attorney

By: _____
     JONATHAN F. MITCHELL
     Assistant U.S. Attorney