UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br><br>v.<br><br>301 ADAMS STREET, QUINCY,<br>MASSACHUSETTS; 1548-1558<br>DORCHESTER AVENUE, DORCHESTER,<br>MASSACHUSETTS; FIVE (5) CERTAIN<br>PARCELS OF LAND WITH THE BUILDING(S)<br>THEREON IN BROCKTON PLYMOUTH COUNTY,<br>MASSACHUSETTS, COMMONLY KNOWN AS<br>11 ROSSETER STREET, 16 ROSSETER, 213-223<br>NORTH MAIN STREET, 204 NORTH MONTELLO<br>STREET, INCLUDING ALL APPURTENANCES AND<br>IMPROVEMENTS THERON; $67,561.88 IN UNITED<br>STATES CURRENCY; AND $26,776.42 IN UNITED<br>STATES CURRENCY, SEIZED FROM ASIAN AMERICAN<br>BANK CHECKING ACCOUNT NUMBER 310029269<br>Defendants | Civil Action No.<br>04-12582-RCL |

## NOTICE OF APPEARANCE

Please enter the Appearances of Jeffrey A. Denner and R. Bradford Bailey on behalf of Tina Le in the above-captioned case.

Dated: October 24, 2005

Respectfully submitted,
TINA LE
By her attorneys,

R. Bradford Bailey, Esq. BBO#549749
Jeffrey A. Denner, BBO #120520
Carol A. Fitzsimmons, BBO#561353
DENNER O'MALLEY, LLP
Four Longfellow Place, 35th Floor
Boston, MA 02114
(617) 227-2800

## CERTIFICATE OF SERVICE

I, Brad Bailey, Counsel for Defendant, hereby certify that on the 24th of October, 2005 the within Notice of Appearance was mailed by first class mail, postage prepaid to Assistant United States District Attorney Jonathan Mitchell at the United States District Court, One Courthouse Way, Boston, MA 02210.

Brad Bailey