UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) **FILED EX PARTE AND UNDER SEAL** |
| Plaintiff, | ) |
| v. | ) |
| 301 ADAMS STREET, QUINCY, MASSACHUSETTS; 1548-1558 DORCHESTER AVENUE, DORCHESTER, MASSACHUSETTS; FIVE (5) CERTAIN PARCELS OF LAND WITH THE BUILDING(S) THEREON IN BROCKTON PLYMOUTH COUNTY, MASSACHUSETTS, COMMONLY KNOWN AS 11 ROSSETER STREET, 16 ROSSETER STREET, 213-223 NORTH MAIN STREET, 204 NORTH MONTELLO STREET, AND 227 NORTH MAIN STREET, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THEREON; $67,561.88 IN UNITED STATES CURRENCY; AND $26,776.42 IN UNITED STATES CURRENCY, SEIZED FROM ASIAN AMERICAN BANK CHECKING ACCOUNT NUMBER 310029269, | ) Civil Action No. 04-12582-RCL |
| Defendants. | ) |

## NOTICE OF APPEARANCE

Pursuant to Local Rule 83.5.2(a), the undersigned counsel and Bingham McCutchen LLP hereby notice their appearance in this matter on behalf of Asian American Bank & Trust Company.

LITDOCS/620372.1

-2-

Respectfully submitted,

**ASIAN AMERICAN BANK & TRUST COMPANY**

By its attorneys,

_____
John R. Skelton BBO # 552606
T. Peter R. Pound BBO # 657378
BINGHAM McCUTCHEN LLP
150 Federal Street
Boston, MA 02110
Tel. (617) 951-8728
Fax (617) 951-8736

Dated: October 28, 2005

### CERTIFICATE OF SERVICE

I, T. Peter R. Pound, do hereby certify that on this 28th day of October, 2005, a true copy of the above Notice of Appearance was served upon counsel for the Plaintiff by delivering a copy by E-Mail (.pdf) and First Class Mail to:

Kristina E. Barclay, Esq.
Assistant U.S. Attorney
1 Courthouse Way, Suite 9200
Boston, MA 02110

_____
T. Peter R. Pound

LITDOCS/620372.1