UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>               Plaintiff,<br><br>v.<br><br>301 ADAMS STREET, QUINCY,<br>MASSACHUSETTS; 1548-1558<br>DORCHESTER AVENUE, DORCHESTER,<br>MASSACHUSETTS; FIVE (5) CERTAIN<br>PARCELS OF LAND WITH THE<br>BUILDING(S) THEREON IN BROCKTON<br>PLYMOUTH COUNTY, MASSACHUSETTS,<br>COMMONLY KNOWN AS 11 ROSSETER<br>STREET, 16 ROSSETER STREET,<br>213-223 NORTH MAIN STREET, 204<br>NORTH MONTELLO STREET, AND 227<br>NORTH MAIN STREET, INCLUDING ALL<br>APPURTENANCES AND IMPROVEMENTS<br>THEREON; $67,561.88 IN UNITED<br>STATES CURRENCY; AND $26,776.42 IN<br>UNITED STATES CURRENCY, SEIZED<br>FROM ASIAN AMERICAN BANK CHECKING<br>ACCOUNT NUMBER 310029269,<br>               Defendants. | FILED EX PARTE AND UNDER SEAL<br><br>2005 OCT 28<br><br>Civil Action No. 04-12582-RCL |

## VERIFIED CLAIM

Asian American Bank & Trust Company is claiming an interest in $5,994.20 of the $26,776.42 in United States currency seized from Asian American Bank checking account number 310029269.

Verification

I, Raymond K. Tung, the President and Chief Executive Officer of Asian American Bank & Trust Company, state that I have read the foregoing Verified Claim, and the contents thereof are true to the best of my knowledge, information, and belief.

                                                      _____ 10/27/2005
                                                      Raymond K. Tung
                                                      President and Chief Executive Officer
                                                      Asian American Bank & Trust Company

Respectfully submitted,

**ASIAN AMERICAN BANK & TRUST COMPANY**

By its attorneys,

_____
John R. Skelton BBO # 552606
T. Peter R. Pound BBO # 657378
BINGHAM McCUTCHEN LLP
150 Federal Street
Boston, MA 02110
Tel. (617) 951-8728
Fax (617) 951-8736

Dated: October 28, 2005

### CERTIFICATE OF SERVICE

I, T. Peter R. Pound, do hereby certify that on this 28th day of October, 2005, a true copy of the above Verified Claim was served upon counsel for the Plaintiff by delivering a copy by E-Mail (.pdf) and First Class Mail to:

Kristina E. Barclay, Esq.
Assistant U.S. Attorney
1 Courthouse Way, Suite 9200
Boston, MA 02110

_____
T. Peter R. Pound