| U.S. Department of Justice<br>United States Marshals Service | PROCESS RECEIPT AND RETURN |
|---|---|

| PLAINTIFF<br>UNITED STATES OF AMERICA | COURT CASE NUMBER<br>CA No. 04-12582-RCL |
|---|---|
| DEFENDANT<br>301 ADAMS STREET, QUINCY, MASSACHUSETTS; 1548-1558 DORCHESTER AVENUE, DORCHESTER, MASSACHUSETTS; FIVE (5) CERTAIN PARCELS OF LAND WITH THE BUILDINGS(S) THEREON IN BROCKTON PLYMOUTH COUNTY, MASSACHUSETTS, COMMONLY KNOWN AS 11 ROSSETER STREET, 16 ROSSETER STREET, 213-223 NORTH MAIN STREET, 204 NORTH MONTELLO STREET, AND 227 NORTH MAIN STREET, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THEREON; $67,561.88 IN UNITED STATES CURRENCY; and $26,776.42 IN UNITED STATES CURRENCY, SEIZED FROM ASIAN AMERICAN BANK CHECKING ACCOUNT NUMBER 310029269 | TYPE OF PROCESS  **Verified Complaint and Warrant & Monition** |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Richard A. King

ADDRESS (Street or RFD, Apartment No., City, State, and ZIP Code)

Asian American Bank, 68 Harrison Avenue, 6th Floor, Boston, MA 02111

SEND NOTICE OF SERVICE TO REQUESTER AT NAME AND ADDRESS BELOW:

Kristina E. Barclay, Assistant U.S. Attorney
United States Attorney's Office
John Joseph Moakley United States Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210

Number of process to be served with this Form - 285

Number of parties to be served in this case

Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Address, All Telephone Numbers, and Estimated Times Available For Service)

Please serve the attached Verified Complaint and Warrant & Monition upon the above-named individual BY HAND.

LJT x3283

Signature of Attorney or other Originator requesting service on behalf of: *Kristina E. Barclay/LJT*  ☒ PLAINTIFF ☐ DEFENDANT

TELEPHONE NUMBER: (617) 748-3100

DATE: Sept. 28, 2005

---

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)

| Total Process No. | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|
|  |  |  |  |  |

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc. at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below).

Name and title of individual served (If not shown above): Richard King, VP of Operations

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service: 9/29/05   Time: 11:45  ☒ am ☐ pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount Owed to US Marshal or | Amount or Refund |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |

REMARKS:

---

PRIOR EDITIONS MAY BE USED | 1. CLERK OF THE COURT | FORM USM 285 (Rev. 12/15/80)

☐ USMS RECORD   ☐ NOTICE OF SERVICE   ☐ BILLING STATEMENT   ☐ ACKNOWLEDGMENT OF RECEIPT