UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES | ) |
| | ) |
| | ) |
| V. | )   Civil Action NO. 04-12582-RCL |
| | ) |
| 301 Adams Street, Quincy | ) |
| Massachusetts, et al | ) |
| ($67,561.88 in US Currency | ) |

### DEFENDANT'S ANSWER TO VERIFIED COMPLAINT

Now comes the defendant ($67,561.88) through its interested party, Andrew Feldman, in the above-entitled matter and answers to the Complaint as follows:

1. The defendant admits the allegations contained in paragraph 1.

2. The defendant admits the allegations contained in paragraph 2.

3. The defendant admits the allegations contained in paragraph 3.

4. The defendant does not have sufficient information to either admit or deny the allegations contained in paragraph 4, but so far as the paragraph alleges that the proceeds are subject to seizure and/or forfeiture, the defendant denies the allegation.

5. The defendant does not have sufficient information to either admit or deny the allegations contained in paragraph 5, but so far as the paragraph alleges that the proceeds are subject to seizure and/or forfeiture, the defendant denies the allegation.

WHEREFORE, the defendant prays:

1. That judgment enter in its favor, dismissing the plaintiff's Complaint;

2. That the seized currency be returned to the interested party, Andrew Feldman;

3. For costs and all other relief to which the defendant is entitled

By its attorney,

*/s/ Peter L. Ettenberg*
Peter L. Ettenberg, Esquire
BBO #156520
370 Main Street
Worcester, MA 01608
508-752-6733

CERTIFICATE OF SERVICE

I certify that I have served a copy of the above on AUSA Kristina E. Barclay.

*/s/ Peter L. Ettenberg*
Peter L. Ettenberg

Dated: October 31, 2005