UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>Plaintiff )<br> )<br>v. )<br> )<br> )<br>301 ADAMS STREET, QUINCY, )<br>MASSACHUSETTS; 1548-1558 )<br>DORCHESTER AVENUE, DORCHESTER, )<br>MASSACHUSETTS; FIVE (5) CERTAIN )<br>PARCELS OF LAND WITH THE BUILDING(S) )<br>THEREON IN BROCKTON PLYMOUTH COUNTY, )<br>MASSACHUSETTS, COMMONLY KNOWN AS )<br>11 ROSSETER STREET, 16 ROSSETER, 213-223 )<br>NORTH MAIN STREET, 204 NORTH MONTELLO )<br>STREET, INCLUDING ALL APPURTENANCES AND )<br>IMPROVEMENTS THERON; $67,561.88 IN UNITED )<br>STATES CURRENCY; AND $26,776.42 IN UNITED )<br>STATES CURRENCY, SEIZED FROM ASIAN AMERICAN )<br>BANK CHECKING ACCOUNT NUMBER 310029269 )<br>Defendants | Civil Action<br>No. 04-12582-RCL |

## AMENDED VERIFIED CLAIM

Now comes, Tina Le, in the above-captioned matter and makes a specific claim of an ownership and/or possessory interest in the property defendants listed below:

1. The real property and buildings located at 301 Adams Street, Quincy, Massachusetts, having a deed recorded at the Norfolk County Land Court as Document No. 1025853, noted on Certificate of title No. 167544 ("301 Adams");

2. the real property and buildings located at 1548-1558 Dorchester Avenue, Dorchester, Massachusetts having a deed recorded at the Suffolk County Registry of Deeds at Book 32823, Page 262 ("1548 Dorchester");

3. five (5) certain parcels of land with the building(s) thereon in Brockton, Plymouth County, Massachusetts, commonly known as 11 Rosseter Street, 16 Rosseter Street, 213-223 North Main Street 204 North Montello Street and 227 North Main Street,

having a deed recorded at the Plymouth County Registry of Deeds, Book 29342, Page 298 ("204 North Montello");

4. $67,561.88 in United States Currency as converted when seized from 301 Adams Street on December 15, 2004; and

5. $26,776.42 in United States Currency seized from Asian American Bank Checking Account Number 310029269 on December 15, 2004.

This claim is signed under oath and subject to the penalties of perjury.

Dated: November 10, 2005              Respectfully submitted,

_____
TINA LE