UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>301 ADAMS STREET, QUINCY, MASSACHUSETTS; 1548-1558 DORCHESTER AVENUE, DORCHESTER, MASSACHUSETTS; FIVE (5) CERTAIN PARCELS OF LAND WITH THE BUILDING(S) THEREON IN BROCKTON PLYMOUTH COUNTY, MASSACHUSETTS, COMMONLY KNOWN AS 11 ROSSETER STREET, 16 ROSSETER STREET, 213-223 NORTH MAIN STREET, 204 NORTH MONTELLO STREET, AND 227 NORTH MAIN STREET, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THEREON; $67,561.88 IN UNITED STATES CURRENCY; AND $26,776.42 IN UNITED STATES CURRENCY, SEIZED FROM ASIAN AMERICAN BANK CHECKING ACCOUNT NUMBER 310029269,<br><br>Defendants. | Civil Action No. 04-12582-RCL |

## VERIFIED CLAIM

Broadway Enterprises, Inc. is claiming an interest in $ 42,101.48 of the $67,561.77 in United States currency seized from 301 Adams Street in Quincy, Massachusetts on December 15, 2004.

## Verification

I, Andrew Feldman, the President of Broadway Enterprises, Inc., state that I have read the foregoing Verified Claim, and the contents thereof are true to the best of my knowledge, information and belief.

*[signature: Andrew Feldman]*

Andrew Feldman
President
Broadway Enterprises, Inc.

Respectfully submitted,

BROADWAY ENTERPRISES, INC.

By its attorneys,

*[signature]*

William M. Cowan (BBO #566940)
John J. Tangney, Jr. (BBO #633152)
Kristen S. Scammon (BBO #634586)
MINTZ, LEVIN, COHN, FERRIS,
 GLOVSKY and POPEO, P.C.
One Financial Center
Boston, MA 02111
Tel: (617) 542-6000
Fax: (617) 542-2241

Dated: November 10, 2005

LIT 1549914v.1

I hereby certify that a true copy of the above document was served upon the attorney of record for each party by mail/hand on __/__/05 .