UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>301 ADAMS STREET, QUINCY, )<br>MASSACHUSETTS; 1548-1558 )<br>DORCHESTER AVENUE, DORCHESTER, )<br>MASSACHUSETTS; FIVE (5) CERTAIN )<br>PARCELS OF LAND WITH THE )<br>BUILDING(S) THEREON IN BROCKTON )<br>PLYMOUTH COUNTY, MASSACHUSETTS, )<br>COMMONLY KNOWN AS 11 ROSSETER )<br>STREET, 16 ROSSETER STREET, )<br>213-223 NORTH MAIN STREET, 204 )<br>NORTH MONTELLO STREET, AND 227 )<br>NORTH MAIN STREET, INCLUDING ALL )<br>APPURTENANCES AND IMPROVEMENTS )<br>THEREON; $67,561.88 IN UNITED )<br>STATES CURRENCY; AND $26,776.42 IN )<br>UNITED STATES CURRENCY, SEIZED )<br>FROM ASIAN AMERICAN BANK CHECKING)<br>ACCOUNT NUMBER 310029269, )<br>)<br>Defendants. ) | Civil Action No. 04-12582-RCL |

## NOTICE OF APPEARANCE

Pursuant to Local Rule 83.5.2(a), the undersigned counsel and Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C. hereby notice their appearance in this matter on behalf of Broadway Enterprises, Inc.

Respectfully submitted,

BROADWAY ENTERPRISES, INC.

By its attorneys,

*[signature]*

William M. Cowan (BBO #566940)
John J. Tangney, Jr. (BBO #633152)
Kristen S. Scammon (BBO #634586)
MINTZ, LEVIN, COHN, FERRIS,
 GLOVSKY and POPEO, P.C.
One Financial Center
Boston, MA 02111
Tel: (617) 542-6000
Fax: (617) 542-2241

Dated: November 10, 2005

LIT 1549905v.1

I hereby certify that a true copy of the above document was served upon the attorney of record for each party by mail/hand on 14 Nov 05

*[signature]*