UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-12582-RCL

UNITED STATES OF AMERICA,

Plaintiff,

v.

301 ADAMS STREET, QUINCY, MASSACHUSETTS; 1548-1558 DORCHESTER AVENUE, DORCHESTER, MASSACHUSETTS; FIVE (5) CERTAIN PARCELS OF LAND WITH BUILDING (S) THEREON IN BROCKTON, PLYMOUTH COUNTY, MASSACHUSETTS COMMONLY KNOWN AS 11 ROSSETER STREET, 16 ROSSETER STREET, 213-223 NORTH MAIN STREET, 204 NORTH MONTELLO STREET AND 227 NORTH MAIN STREET, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THEREON; $67,561.88 IN UNITED STATES CURRENCY; AND $26,776.42 IN UNITED STATES CURRENCY, SEIZED FROM ASIAN AMERICAN BANK CHECKING NUMBER 310029269,

Defendants,

## VERIFIED CLAIM OF AURORA LOAN SERVICES

1. On or about May 21, 2004, Tina Le, executed a Note in the original principle amount of $641,900.00. A true and accurate copy is attached hereto as Exhibit A.

2. On or about May 21, 2004, Tina Le executed a Mortgage in the original principle amount of $641,900.00 secured by the Property. A true and accurate copy is attached hereto as Exhibit B.

3. Aurora is the current holder of the Note and Mortgage executed by Tina Le.

4. Aurora is owed approximately $637,234.95 plus continuing interest and attorney's fees and costs.

5. Aurora had no knowledge of any alleged wrongdoing by Tina Le and should not be prejudiced by any misconduct as it is an innocent party.

6. As the holder of the mortgage, the debt owed to Aurora should be satisfied, before the property or any funds from the sale of the Property are distributed or confiscated by any party.

PLAINTIFF'S VERIFICATION:

The Plaintiff, Aurora Loan Services hereby certifies having read this Complaint and further acknowledges that the facts stated herein are true and that no material facts have been omitted therefrom.

Signed under the Penalties of Perjury, this 1st day of December, 2005.

AURORA LOAN SERVICES
By:
Its: _Deborah Kaufman_

STATE OF _Colorado_

_Douglas County_ ss    December 1st, 2005

On this 1st day of December, 2005, before me, the undersigned notary public, personally appeared _Deborah Kaufman_, proved to me through satisfactory evidence of identification, which were _Confirmed_ to be the person whose name is signed on the preceding or attached document, and acknowledged to me the he/she signed it voluntarily for its stated purpose.

Capacity:

_Christal R Goldman_    (Sign and Affix Seal)
My commission expires _July 21, 2008_

My Commission Expires July 21, 2008

Respectfully submitted,
AURORA LOAN SERVICES
By Its Attorney,

Dated: 12/05/05

Veronica C. Viveiros
BBO# 631233
HARMON LAW OFFICES, P.C.
P.O. Box 610389
Newton Highland, MA  02461-0389
(617) 558-0500

## CERTIFICATE OF SERVICE

I, Veronica C. Viveiros, hereby certify that true copies of the <u>Verified Claim of Aurora Loan Services</u> were served on December 5, 2005 by mailing via first class mail, postage prepaid, to:

Kristina E. Barclay, Esq.
Paul G. Levenson
Assistant U.S. Attorneys
United States Courthouse
Suite 9200
1 Courthouse Way
Boston, MA 02210

R. Bradford Bailey
Denner O'Malley LLP
Four Longfellow Place
Suite 3501
Boston, MA 02114

Veronica C. Viveiros