UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,
    Plaintiff

vs.   Civil Action No. 04-12582-RCL

301 ADAMS STREET, QUINCY, MASSACHUSETTS; 1548-1558 DORCHESTER AVENUE, DORCHESTER, MASSACHUSETTS; FIVE (5) CERTAIN PARCELS OF LAND WITH THE BUILDING(S) THEREON IN BROCKTON PLYMOUTH COUNTY, MASSACHUSETTS, COMMONLY KNOWN AS 11 ROSSETER STREET, 16 ROSSETER STREET, 213-223 NORTH MAIN STREET, 204 NORTH MONTELLO STREET, AND 227 NORTH MAIN STREET, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THEREON; $67,561.88 IN UNITED STATES CURRENTY; AND 26,776.42 IN UNITED STATES CURRENCY, SEIZED FROM ASIAN AMERICAN BANK CHECKING ACCOUNT NUMBER 310029269,
    Defendants

## NOTICE OF APPEARANCE

Pursuant to Local Rule 83.5.2(a), please enter my appearance on behalf of Steven A. Rubin.

Respectfully submitted,
Steven A. Rubin,
by his attorney,

Date: 12-02-05

_[signature]_
Stephen M. Scolnick, BBO #449120
Law Offices of Russo & Scolnick
Two Oliver Street, 8th Floor
Boston, MA 02109
(617) 542-7700

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the above document was served on the attorney of record for each other party by mail/hand/FAX on this 2nd day of December, 2005.
_[signature]_