UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,
    Plaintiff

vs.                                      Civil Action No. 04-12582-RCL

301 ADAMS STREET, QUINCY, MASSACHUSETTS; 1548-1558 DORCHESTER AVENUE, DORCHESTER, MASSACHUSETTS; FIVE (5) CERTAIN PARCELS OF LAND WITH THE BUILDING(S) THEREON IN BROCKTON PLYMOUTH COUNTY, MASSACHUSETTS, COMMONLY KNOWN AS 11 ROSSETER STREET, 16 ROSSETER STREET, 213-223 NORTH MAIN STREET, 204 NORTH MONTELLO STREET, AND 227 NORTH MAIN STREET, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THEREON; $67,561.88 IN UNITED STATES CURRENTY; AND 26,776.42 IN UNITED STATES CURRENCY, SEIZED FROM ASIAN AMERICAN BANK CHECKING ACCOUNT NUMBER 310029269,
    Defendants

## VERIFIED CLAIM

Steven A. Rubin is claiming an interest in the five (5) certain parcels of land with the buildings thereon in Brockton, Plymouth County, Massachusetts, commonly known as 11 Rosseter Street, 16 Rosseter Street, 213-223 North Main Street, 204 North Montello Street, and 227 North Main Street, including all appurtenances and improvements thereon. Steven A. Rubin is the first mortgagee with respect to the above-referenced premises.

## VERIFICATION

I, Steven A. Rubin, hereby acknowledge that I have read the foregoing Verified Claim, and hereby attest that all statements contained herein are true, to the best of my knowledge and belief.

Signed under the pains and penalties of perjury this 2nd day of December, 2005.

_Steven A. Rubin_
Steven A. Rubin

Date: 12-02-05

Respectfully submitted,
Steven A. Rubin,
by his attorney,

_Stephen M. Scolnick_
Stephen M. Scolnick, BBO #449120
Law Offices of Russo & Scolnick
Two Oliver Street, 8th Floor
Boston, MA 02109
(617) 542-7700

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the above document was served on the attorney of record for each other party by mail/hand/FAX on this 2nd day of December, 2005.

Case 1:04-cv-12582-RCL   Document 37   Filed 12/06/2005   Page 2 of 2