UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br> v.<br><br>301 ADAMS STREET, QUINCY, MASSACHUSETTS; 1548-1558 DORCHESTER AVENUE, DORCHESTER, MASSACHUSETTS; FIVE (5) CERTAIN PARCELS OF LAND WITH THE BUILDING(S) THEREON IN BROCKTON PLYMOUTH COUNTY, MASSACHUSETTS, COMMONLY KNOWN AS 11 ROSSETER STREET, 16 ROSSETER STREET, 213-223 NORTH MAIN STREET, 204 NORTH MONTELLO STREET, AND 227 NORTH MAIN STREET, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THEREON; $67,561.88 IN UNITED STATES CURRENCY; AND $26,776.42 IN UNITED STATES CURRENCY, SEIZED FROM ASIAN AMERICAN BANK CHECKING ACCOUNT NUMBER 310029269,<br><br>     Defendants. | Civil Action No. 04-12582-RCL |

## NOTICE OF MERGER
## OF CLAIMANT ASIAN AMERICAN BANK & TRUST COMPANY

Third-party claimant Asian American Bank & Trust Company hereby provides notice that as of November 28, 2005 it has merged with United Commercial Bank. Pursuant to the requisite corporate filings made with the Commonwealth of Massachusetts, the successor entity is United Commercial Bank. United Commercial Bank will maintain the third party claim Asian American Bank & Trust Company filed with this Court October 28, 2005 in the above-captioned civil forfeiture action and will continue to be represented by the undersigned counsel and Bingham McCutchen LLP.

-2-

Respectfully submitted,

**UNITED COMMERCIAL BANK (f/k/a ASIAN AMERICAN BANK & TRUST COMPANY)**

By its attorneys,

_____
John R. Skelton BBO # 552606
T. Peter R. Pound BBO # 657378
BINGHAM McCUTCHEN LLP
150 Federal Street
Boston, MA 02110
Tel. (617) 951-8728
Fax (617) 951-8736

Dated: December 8, 2005

### CERTIFICATE OF SERVICE

I, T. Peter R. Pound, do hereby certify that on this 8th day of December, 2005, a true copy of the above Notice of Merger of Asian American Bank & Trust Company was served upon all counsel of record by First Class Mail.

_____
T. Peter R. Pound

LITDOCS/620372.1