UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>        Plaintiff,<br><br>     v.<br><br>301 ADAMS STREET, QUINCY, MASSACHUSETTS; 1548-1558 DORCHESTER AVENUE, DORCHESTER, MASSACHUSETTS; FIVE (5) CERTAIN PARCELS OF LAND WITH THE BUILDINGS(S) THEREON IN BROCKTON PLYMOUTH COUNTY, MASSACHUSETTS, COMMONLY KNOWN AS 11 ROSSETER STREET, 16 ROSSETER STREET, 213-223 NORTH MAIN STREET, 204 NORTH MONTELLO STREET, AND 227 NORTH MAIN STREET, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THEREON; $67,561.88 IN UNITED STATES CURRENCY; and $26,776.42 IN UNITED STATES CURRENCY, SEIZED FROM ASIAN AMERICAN BANK CHECKING ACCOUNT NUMBER 310029269,<br>        Defendants. | )<br>)<br>)<br>)<br>) Civil Action No. 04-12582-RCL<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| TINA LE,<br>BROADWAY ENTERPRISES, INC.,<br>ASIAN AMERICAN BANK & TRUST<br>    COMPANY,<br>STEVEN A. RUBIN,<br>AURORA LOAN SERVICES, and<br>GREENPOINT MORTGAGE FUNDING, INC.,<br>        Claimants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### ORDER FOR INTERLOCUTORY SALES

It is hereby ORDERED, ADJUDGED, and DECREED that:

    The Joint Motion for Interlocutory Sales of Real Properties is allowed.

    The United States Marshals Service ("USMS") shall market and sell the following real properties, as provided by law:

    a.    the real property and buildings located at 301 Adams Street, Quincy, Massachusetts, having a deed recorded at the Norfolk County Land Court, as Document No. 1025853, noted on Certificate of Title No. 167544 ("301 Adams"), currently owned by Tina Le;

    b.    the real property and buildings located at 1548-1558 Dorchester Avenue, Dorchester, Massachusetts, having a deed recorded at the Suffolk County Registry of Deeds at Book 32823, Page 262, ("1548 Dorchester"), currently owned by Tina Le; and

    c.    five (5) certain parcels of land with the buildings(s) thereon in Brockton, Plymouth County, Massachusetts, commonly known as 11 Rosseter Street, 16 Rosseter Street, 213-223 North Main Street, 204 North Montello Street, and 227 North Main Street, having a deed recorded at the Plymouth County Registry of Deeds at Book 29342, Page 298 ("204 North Montello"), currently owned by DL Group, L.L.C.,

(collectively, the "Defendant Real Properties").

The interlocutory sales of the Defendant Real Properties will take place on the following terms:

    a.    The USMS shall sell the Defendant Real Properties. The USMS shall arrange for, and shall have sole control of, the sales of the Defendant Real Properties, in accordance with the regulations prescribed by the Department of Justice and the policies regarding the disposition of forfeited property. The USMS may, among other things, retain real estate brokers and other professionals in its reasonable best efforts to market and sell the Defendant Real Properties at the highest possible prices. The USMS shall have sole discretion in negotiating, accepting, and rejecting offers for the Defendant Real Properties.

    b.    At each closing, a check, made payable to the United States Marshals Service for the full sale price, shall be delivered to the USMS. The USMS shall distribute the sale proceeds in the following manner and order:

    (i)    all costs and expenses reasonably incurred by the United States in marketing and selling the relevant Defendant Real Property;

    (ii)   the cost of any comprehensive insurance on the relevant Defendant Real Property;

    (iii) any outstanding real estate taxes due with respect to the relevant Defendant Real Property;

    (iv)  any valid and superior liens, attachments, or encumbrances of record, with respect to the relevant Defendant Real Property; and

    (v)   the USMS shall deposit the remaining net balance of the sale proceeds in the Seized Assets Deposit Fund, an interest-bearing account, under the sole custody and control of the USMS, pending the outcome of this case and the criminal case <u>United States v. Tina Le, et al.</u>, Criminal Action No. 05-10277-PBS.

c.    By the time of each closing, the United States shall file a motion with this Court for a release of the <u>Lis Pendens</u> against the relevant Defendant Real Property; and

d.    At the conclusion of all civil and criminal forfeiture proceedings relating to the Defendant Real Properties, the net proceeds held by the USMS will be disposed of according to law.

SO ORDERED AND ENDORSED:

_____
REGINALD C. LINDSAY
United States District Judge
Date: 3/21/06