UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2006 JUN -9 P 1: 31

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>　　　　　Plaintiff 　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　　　　　)<br>v. 　　　　　　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　　　　　) Civil Action No.<br>　　　　　　　　　　　　　　　　　　　　　) 04-12582-RCL<br>　　　　　　　　　　　　　　　　　　　　　)<br>301 ADAMS STREET, QUINCY, 　　　　　)<br>MASSACHUSETTS; 1548-1558 　　　　　)<br>DORCHESTER AVENUE, DORCHESTER, )<br>MASSACHUSETTS; FIVE (5) CERTAIN 　)<br>PARCELS OF LAND WITH THE BUILDING(S) )<br>THEREON IN BROCKTON PLYMOUTH COUNTY, )<br>MASSACHUSETTS, COMMONLY KNOWN AS )<br>11 ROSSETER STREET, 16 ROSSETER, 213-223 )<br>NORTH MAIN STREET, 204 NORTH MONTELLO )<br>STREET, INCLUDING ALL APPURTENANCES AND )<br>IMPROVEMENTS THERON; $67,561.88 IN UNITED )<br>STATES CURRENCY; AND $26,776.42 IN UNITED )<br>STATES CURRENCY, SEIZED FROM ASIAN AMERICAN )<br>BANK CHECKING ACCOUNT NUMBER 310029269 )<br>　　　　　Defendants | |

## NOTICE OF WITHDRAWAL

Your undersigned, counsel for the Defendant in the above-captioned matter, notifies this Honorable Court of her withdrawal of appearance as counsel. As reasons therefore, your undersigned states that she no longer works for the firm representing the Defendant effective June 1, 2006 and Brad Bailey and Jeffrey A. Denner, attorneys from the firm will be handling the above-captioned matter.

Dated: 6/8/06

Respectfully submitted,

_Carol A. Fitzsimmons_
Carol A. Fitzsimmons, BBO#561353
DENNER ASSOCIATES, P.C.
Four Longfellow Place, 35th Floor
Boston, MA 02114
(617) 227-2800

## CERTIFICATE OF SERVICE

I, Carol A. Fitzsimmons, hereby certify that on this 8th of June, 2006 the within Notice of Withdrawal was mailed by first class mail, postage prepaid to Assistant United States District Attorney Jonathan Mitchell at the United States District Court, One Courthouse Way, Boston, MA 02210.

*Carol A. Fitzsimmons*
Carol A. Fitzsimmons