UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,              : | |
|     Plaintiff                                              : | |
|                                                     : | |
| vs.                                                              : | NO. 04-CV-12582-RCL |
|                                                     : | |
| AN INTEREST IN THE REAL                   : | |
| PROPERTY LOCATED AT 301 ADAMS  : | |
| STREET, QUINCY, MASSACHUSETTS,    : | |
| ET ALS.,                                                       : | |
|     Defendants | |

## ENTRY OF APPEARANCE

       Now comes Catherine V. Eastwood, Esquire, of Partridge Snow & Hahn LLP, and hereby enters her appearance on behalf of Defendant, Private Capital Group, LLC, successor in interest to GreenPoint Mortgage Funding, Inc.

                                                           PRIVATE CAPITAL GROUP, LLC
                                                           By Its Attorneys,

                                                           PARTRIDGE SNOW & HAHN LLP

                                                           /s/ Catherine V. Eastwood
                                                           Catherine V. Eastwood (BBO#641665)
                                                           180 South Main Street
                                                           Providence, RI 02903
                                                           (401)861-8200/FAX(401)861-8210
                                                           cve@psh.com

Dated: July 27 , 2006

## CERTIFICATE OF SERVICE

        I hereby certify that on the 27th day of July, 2006, electronically filed a Notice of Appearance.  I further hereby certify that upon receipt of the notice of electronic service of the Notice of Appearance, a copy of said document will be served by first class mail, postage prepaid, to any of the parties listed below not noted as having received electronic service, said service being made on the 27th day of July, 2006.

Kristina E. Barclay, Esquire
U.S. Attorney's Office
John J. Moakley US Courthouse
One Courthouse Way, Suite 9200
Boston, MA 02210
**Counsel for Plaintiff**

Jeffrey A. Denner, Esquire
R. Bradford Bailey, Esquire
Carol A. Fitzsimmons, Esquire
Denner O'Malley, LLP
Four Longfellow Place, Suite 3501
Boston, MA 02114
**Counsel for Defendant 301 Adams Street**

William M. Cowan, Esquire
Kristen S. Scammon, Esquire
John J. Tangney, Jr., Esquire
Mintz, Levin, Cohn, Ferris, Glovsky & Popeo
One Financial Center
Boston, MA 02111
**Counsel for Broadway Enterprises, Inc.**

Peter L. Ettenberg, Esquire
Gould & Ettenberg
370 Main Street
Worcester, MA 01608
**Counsel for Defendant $67,561.88**

Thomas Peter R. Pound, Esquire
John R. Skelton, Esquire
Bingham McCutchen LLP
150 Federal Street
Boston, MA 02110
**Counsel for Asian American Bank & Trust Company**

Stephen M. Scolnick, Esquire
Law Offices of Russo & Scolnick
2 Oliver Street, 8th Floor
Boston, MA 02109-4901
**Counsel for Steven A. Rubin**

Veronica C. Viveiros, Esquire
Harmon Law Offices, P.C.
150 California Street
P.O. Box 610389
Newton, MA 02458
**Counsel for Defendant Aurora Loan Services**

        /s/ Catherine V. Eastwood