UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| 301 ADAMS STREET, QUINCY, MASSACHUSETTS; 1548-1558 DORCHESTER AVENUE, DORCHESTER, MASSACHUSETTS; FIVE (5) CERTAIN PARCELS OF LAND WITH THE BUILDING(S) THEREON IN BROCKTON PLYMOUTH COUNTY, MASSACHUSETTS, COMMONLY KNOWN AS 11 ROSSETER STREET, 16 ROSSETER STREET, 213-223 NORTH MAIN STREET, 204 NORTH MONTELLO STREET, AND 227 NORTH MAIN STREET, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THEREON; $67,561.88 IN UNITED STATES CURRENCY; AND $26,776.42 IN UNITED STATES CURRENCY, SEIZED FROM ASIAN AMERICAN BANK CHECKING ACCOUNT NUMBER 310029269, | ) Civil Action No. 04-12582-RCL |
| | ) |
| Defendants. | ) |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

TO THE CLERK OF THE ABOVE-NAMED COURT:

      Please withdraw my appearance as counsel for Broadway Enterprises, Inc. in the above-captioned matter.

          Respectfully submitted,

          /s/ John J. Tangney
          John J. Tangney, Jr. (BBO #633152)
          MINTZ, LEVIN, COHN, FERRIS,
           GLOVSKY and POPEO, P.C.
          One Financial Center
          Boston, MA 02111
          Tel:  (617) 542-6000
          Fax:  (617) 542-2241

Dated:  August 10, 2006

LIT 1583089v.1