```
                    UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF MASSACHUSETTS
```

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>        Plaintiff, | )<br>)<br>)   Civil Action No. 04-12582-RCL |
| v. | )<br>) |
| 301 ADAMS STREET, QUINCY, MASSACHUSETTS; 1548-1558 DORCHESTER AVENUE, DORCHESTER, MASSACHUSETTS; and FIVE (5) CERTAIN PARCELS OF LAND WITH THE BUILDINGS(S) THEREON IN BROCKTON PLYMOUTH COUNTY, MASSACHUSETTS, COMMONLY KNOWN AS 11 ROSSETER STREET, 16 ROSSETER STREET, 213-223 NORTH MAIN STREET, 204 NORTH MONTELLO STREET, AND 227 NORTH MAIN STREET, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THEREON,<br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Record Owner:<br>DL Group, L.L.C.<br><br>Property:<br>11 Rosseter Street<br>16 Rosseter Street<br>213-223 North Main Street<br>204 North Montello Street<br>227 North Main Street<br>Brockton, Massachusetts<br><br>Plymouth County<br>Registry of Deeds<br>Book: 29342 Page: 298 |

### RELEASE OF LIS PENDENS

TO ALL WHOM IT MAY CONCERN:

PLEASE TAKE NOTICE that the United States of America, by its attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, hereby releases the Lis Pendens against five (5) certain parcels of land with the buildings(s) thereon in Brockton, Plymouth County, Massachusetts, commonly known as 11 Rosseter Street, 16 Rosseter Street, 213-223 North Main Street, 204 North Montello Street, and 227 North Main Street ("204 North Montello"). For title to 204 North Montello, see Book 29342, Page 298, of the Plymouth County Registry of Deeds, reflecting the conveyance of the property by Quitclaim Deed on October 26, 2004.

This Release is made by agreement of the parties.

The Lis Pendens was recorded on December 16, 2004, at the Plymouth County Registry of Deeds, a copy of which is attached.

Signed under the pains and penalties of perjury this 24th day of April, 2007.

> MICHAEL J. SULLIVAN
> United States Attorney
>
> By: _____
> KRISTINA E. BARCLAY
> Assistant U.S. Attorney
> 1 Courthouse Way, Suite 9200
> Boston, MA  02210
> (617) 748-3100

COMMONWEALTH OF MASSACHUSETTS

Suffolk, ss.                                                        Boston

Then personally appeared the above named Kristina E. Barclay, Assistant United States Attorney, and acknowledged the foregoing to be true to the best of her knowledge, information, and belief, and to be her free act and deed on behalf of the United States of America.

Subscribed to and sworn before me this 24th day of April, 2007.

_____
Notary Public
My commission expires:

> LISA J. TALBOT
> Notary Public
> Commonwealth of Massachusetts
> My Commission Expires
> May 29, 2009

SO ORDERED AND ENDORSED:

_____
REGINALD C. LINDSAY
United States District Court Judge
Dated: _____

N:\LTalbot\Barclay\Tina Le\Civil Case\Release of Lis Pendens (204 North Montello).wpd

mail 1
United States attorney's Office
Lisa J. Talbot, Paralegal Specialist
1 Courthouse Way Suite 9200
Boston, Ma. 02210

173121
Received & Recorded
PLYMOUTH COUNTY
REGISTRY OF DEEDS
16 DEC 2004 11:52AM
JOHN R. BUCKLEY, JR.
REGISTER
Bk 29676 Pg 87-91

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br><br>　　　　v.<br><br>301 ADAMS STREET, QUINCY,<br>MASSACHUSETTS; 1548-1558<br>DORCHESTER AVENUE, DORCHESTER,<br>MASSACHUSETTS; and FIVE (5)<br>CERTAIN PARCELS OF LAND WITH THE<br>BUILDINGS(S) THEREON IN BROCKTON<br>PLYMOUTH COUNTY, MASSACHUSETTS,<br>COMMONLY KNOWN AS 11 ROSSETER<br>STREET, 16 ROSSETER STREET,<br>213-223 NORTH MAIN STREET, 204<br>NORTH MONTELLO STREET, AND 227<br>NORTH MAIN STREET, INCLUDING ALL<br>APPURTENANCES AND IMPROVEMENTS<br>THEREON,<br>　　　　Defendants. | **FILED EX PARTE AND UNDER SEAL**<br><br>Civil Action No.<br><br>04-12582 RCL<br>Record Owner:<br>DL Group, L.L.C.<br><br>Property:<br>11 Rosseter Street<br>16 Rosseter Street<br>213-223 North Main Street<br>204 North Montello Street<br>227 North Main Street<br>Brockton, Massachusetts<br><br>Plymouth County<br>Registry of Deeds<br>Book: 29342 Page: 298 |

TONY ANASTAS
CLERK, U.S. DISTRICT COURT
DISTRICT OF MASSACHUSETTS
BY [signature]

**LIS PENDENS**

TO ALL WHOM IT MAY CONCERN:

PLEASE TAKE NOTICE that the United States of America, by its attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, has caused a Verified Complaint for Forfeiture *in Rem* to be filed against five (5) certain parcels of land with the buildings(s) thereon in Brockton, Plymouth County, Massachusetts, commonly known as 11 Rosseter Street, 16 Rosseter Street, 213-223 North Main Street, 204 North Montello Street, and 227 North Main Street, with a deed recorded at the Plymouth County Registry of Deeds, Book 29342, Page 298, currently owned by DL Group, L.L.C. ("204 North Montello"). The Complaint alleges that 204 North Montello constitutes or is derived from,

proceeds of mail fraud and/or wire fraud, in violation of 18 U.S.C. §§ 1341 and/or 1343, and therefore is subject to forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C). In addition, the Complaint further alleges that 204 North Montello was involved in transactions or attempted transactions in violation of 18 U.S.C. §§ 1956 and/or 1957, and therefore is subject to forfeiture pursuant to 18 U.S.C. § 981(a)(1)(A).

For title to 204 North Montello, see Book 29342, Page 298, of the Plymouth County Registry of Deeds, reflecting the conveyance of the property by Quitclaim Deed on October 26, 2004.

Respectfully submitted,

MICHAEL J. SULLIVAN
United State Attorney

By: /s/ Kristina E. Barclay
KRISTINA E. BARCLAY
Assistant U.S. Attorney
Suite 9200
1 Courthouse Way
Boston, MA 02210
(617) 748-3100

Dated: December 9, 2004

2

COMMONWEALTH OF MASSACHUSETTS

Suffolk, ss.

OATH

The undersigned Kristina E. Barclay, Assistant United States Attorney, on her oath declares that the proceeding referred to above affects the title to the land and building as described above.

_____
Kristina E. Barclay
Assistant U.S. Attorney

Dated: December 9, 2004

Then personally appeared the above-named Kristina E. Barclay, Assistant United States Attorney, and acknowledge the foregoing to be true to the best of her knowledge, information and belief, and to be her free act and deed on behalf of the United States of America.

Subscribed to and sworn before this 9 day of December, 2004.

_____
NOTARY PUBLIC
My Commission expires:
May 15, 2009

[Stamp: KAY-BETH WHITTEN, Notary Public, Commonwealth of Massachusetts, My Commission Expires May 15, 2009]

The above-captioned action constitutes a claim of right to title to real property or the use and occupation thereof or the building thereon.

SO ORDERED AND ENDORSED:

_____
United States District Judge
Date:

3

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>        Plaintiff,<br><br>        v.<br><br>301 ADAMS STREET, QUINCY, MASSACHUSETTS; 1548-1558 DORCHESTER AVENUE, DORCHESTER, MASSACHUSETTS; and FIVE (5) CERTAIN PARCELS OF LAND WITH THE BUILDINGS(S) THEREON IN BROCKTON PLYMOUTH COUNTY, MASSACHUSETTS, COMMONLY KNOWN AS 11 ROSSETER STREET, 16 ROSSETER STREET, 213-223 NORTH MAIN STREET, 204 NORTH MONTELLO STREET, AND 227 NORTH MAIN STREET, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THEREON,<br>        Defendants. | Civil Action No. 04-12582-RCL<br><br>Record Owner:<br>DL Group, L.L.C.<br><br>Property:<br>11 Rosseter Street<br>16 Rosseter Street<br>213-223 North Main Street<br>204 North Montello Street<br>227 North Main Street<br>Brockton, Massachusetts<br><br>Plymouth County<br>Registry of Deeds<br>Book: 29342 Page: 298 |

### AFFIDAVIT OF SERVICE

I, Michael E. Walsingham, Special Agent, Federal Bureau of Investigation, being duly sworn, depose and say:

1. The attached Lis Pendens was issued in the above-captioned case and relates to real property which is subject to forfeiture pursuant to Title 18, United States Code, Sections 981(a)(1)(C) and 981(a)(1)(A).

2. I have caused to be served the aforementioned Lis Pendens by certified mail addressed to:

    Tina Le                                    Steven Nguyen
    301 Adams Street                  301 Adams Street
    Quincy, MA 02169                 Quincy, MA 02169

```
Plymouth County Registry of Deeds    DL Group L.L.C.
7 Russell Street                     204 North Montello Street
Plymouth, MA 02361                   Brockton, MA 02301

Steven A. Rubin                      Stephen M. Scolnick, Esq.
Trustee of the SA Rubin              Law Offices of Russo &
Realty Trust                         Scolnick, Eighth Floor
11 Katelyn Hill Drive                Two Oliver Street
West Falmouth, MA 02574              Boston, MA 02109

Brockton City Hall
Assessor's Office
45 School Street
Brockton, MA 02301
```

3. The Lis Pendens will also be served upon counsel for any claimant after counsel files his/her appearance.

Signed under the pains and penalties of perjury this 16th day of December, 2004.

_____
Michael E. Walsingham
Special Agent
Federal Bureau of Investigation

**Commonwealth of Massachusetts**

Plymouth, SS.

On this 16 day of December, 2004, before me, the undersigned notary public, personally appeared Michael E. Walsingham, Special Agent, Federal Bureau of Investigation, who proved to me through satisfactory evidence of identification, which were MA Driver's License, to be the person whose name is signed on the preceding or attached document, and who swore or affirmed to me that the contents of the document are truthful and accurate to the best of his knowledge and belief.

_____ Gina L. Clark
(official signature and seal of notary)

My commission expires April 19, 2007

GINA L. CLARK
NOTARY PUBLIC
COMMONWEALTH OF MASSACHUSETTS
My commission expires on April 19, 2007

2