UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br><br>v.<br><br>301 ADAMS STREET, QUINCY,<br>MASSACHUSETTS; 1548-1558<br>DORCHESTER AVENUE, DORCHESTER,<br>MASSACHUSETTS; and FIVE (5)<br>CERTAIN PARCELS OF LAND WITH THE<br>BUILDINGS(S) THEREON IN BROCKTON<br>PLYMOUTH COUNTY, MASSACHUSETTS,<br>COMMONLY KNOWN AS 11 ROSSETER<br>STREET, 16 ROSSETER STREET,<br>213-223 NORTH MAIN STREET, 204<br>NORTH MONTELLO STREET, AND 227<br>NORTH MAIN STREET, INCLUDING ALL<br>APPURTENANCES AND IMPROVEMENTS<br>THEREON,<br>　　　　Defendants. | Civil Action No. 04-12582-RCL<br><br>Record Owner:<br>Tina Le<br><br>Property:<br>301 Adams Street<br>Quincy, Massachusetts<br><br>Norfolk County Land Court<br>Document No. 1025853,<br>noted on Certificate<br>of Title No. 167544 |

**RELEASE OF *LIS PENDENS***

TO ALL WHOM IT MAY CONCERN:

PLEASE TAKE NOTICE that the United States of America, by its attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, hereby releases the *Lis Pendens* against the real property and buildings located at 301 Adams Street, Quincy, Massachusetts ("301 Adams"). For title to 301 Adams, see Document No. 1025853, noted on Certificate of Title No. 167544, which is recorded at the Norfolk County Land Court, reflecting the conveyance of the property by Quitclaim Deed on May 18, 2004.

This Release is made by agreement of the parties.

The Lis Pendens was recorded on December 16, 2004, at the Norfolk County Land Court, a copy of which is attached.

Signed under the pains and penalties of perjury this 26th day of March, 2007.

> MICHAEL J. SULLIVAN
> United States Attorney
>
> By: _____
> KRISTINA E. BARCLAY
> Assistant U.S. Attorney
> 1 Courthouse Way, Suite 9200
> Boston, MA  02210
> (617) 748-3100

COMMONWEALTH OF MASSACHUSETTS

Suffolk, ss.                                                         Boston

Then personally appeared the above named Kristina E. Barclay, Assistant United States Attorney, and acknowledged the foregoing to be true to the best of her knowledge, information, and belief, and to be her free act and deed on behalf of the United States of America.

Subscribed to and sworn before me this 26th day of March, 2007.

_____
Notary Public
My commission expires: 5/29/09

LISA J. TALBOT
Notary Public
Commonwealth of Massachusetts
My Commission Expires
May 29, 2009

SO ORDERED AND ENDORSED:

_____
REGINALD C. LINDSAY
United States District Court Judge
Dated:

N:\LTalbot\Barclay\Tina Le\Civil Case\Release of Lis Pendens (301 Adams).wpd

Doc:1,048,978 12-16-2004 9:53
Norfolk County Land Court

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>301 ADAMS STREET, QUINCY,<br>MASSACHUSETTS; 1548-1558<br>DORCHESTER AVENUE, DORCHESTER,<br>MASSACHUSETTS; and FIVE (5)<br>CERTAIN PARCELS OF LAND WITH THE<br>BUILDINGS(S) THEREON IN BROCKTON<br>PLYMOUTH COUNTY, MASSACHUSETTS,<br>COMMONLY KNOWN AS 11 ROSSETER<br>STREET, 16 ROSSETER STREET,<br>213-223 NORTH MAIN STREET, 204<br>NORTH MONTELLO STREET, AND 227<br>NORTH MAIN STREET, INCLUDING ALL<br>APPURTENANCES AND IMPROVEMENTS<br>THEREON,<br>Defendants. | **FILED EX PARTE AND UNDER SEAL**<br><br>Civil Action No.<br>**04-12582 RCL**<br>Record Owner:<br>Tina Le<br><br>Property:<br>301 Adams Street<br>Quincy, Massachusetts<br><br>Norfolk County Land Court<br>Document No. 1025853,<br>noted on Certificate<br>of Title No. 167544<br><br>I HEREBY ATTEST AND CERTIFY ON 12/15/04<br>THAT THE FOREGOING DOCUMENT IS A FULL, TRUE<br>AND CORRECT COPY OF THE ORIGINAL ON FILE<br>IN MY OFFICE AND IN MY LEGAL CUSTODY.<br><br>TONY ANASTAS<br>CLERK, U.S. DISTRICT COURT<br>DISTRICT OF MASSACHUSETTS<br>BY: _____ |

**LIS PENDENS**

TO ALL WHOM IT MAY CONCERN:

PLEASE TAKE NOTICE that the United States of America, by its attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, has caused a Verified Complaint for Forfeiture in Rem to be filed against the real property and buildings located at 301 Adams Street, Quincy, Massachusetts, having a deed recorded at the Norfolk County Land Court as Document No. 1025853, noted on Certificate of Title No. 167544, currently owned by Tina Le ("301 Adams"). The Complaint alleges [301 Adams] constitutes or is derived from, proceeds of mail fraud and/or wire fraud, in violation of 18 U.S.C. §§ 1341 and/or 1343, and therefore is subject to forfeiture pursuant to 18

5

U.S.C. § 981(a)(1)(C). In addition, the Complaint further alleges that 301 Adams was involved in transactions or attempted transactions in violation of 18 U.S.C. §§ 1956 and/or 1957, and therefore is subject to forfeiture pursuant to 18 U.S.C. § 981(a)(1)(A).

For title to 301 Adams, see Document No. 1025853, noted on Certificate of Title No. 167544, which is recorded at the Norfolk County Land Court, reflecting the conveyance of the property by Quitclaim Deed on May 18, 2004.

Respectfully submitted,

MICHAEL J. SULLIVAN
United State Attorney

By: _____
KRISTINA E. BARCLAY
Assistant U.S. Attorney
Suite 9200
1 Courthouse Way
Boston, MA 02210
(617) 748-3100

Dated: December 9, 2004

COMMONWEALTH OF MASSACHUSETTS
Suffolk, ss.

OATH

The undersigned Kristina E. Barclay, Assistant United States Attorney, on her oath declares that the proceeding referred to above affects the title to the land and building as described above.

_____
Kristina E. Barclay
Assistant U.S. Attorney

Dated: December 9, 2004

2

Then personally appeared the above-named Kristina E. Barclay, Assistant United States Attorney, and acknowledge the foregoing to be true to the best of her knowledge, information and belief, and to be her free act and deed on behalf of the United States of America.

Subscribed to and sworn before this 9 day of December, 2004.

[Notary stamp: KAY-BETH WHITTEN, Notary Public, Commonwealth of Massachusetts, My Commission Expires May 15, 2009]

NOTARY PUBLIC

My Commission expires:

May 15, 2009

The above-captioned action constitutes a claim of right to title to real property or the use and occupation thereof or the building thereon.

SO ORDERED AND ENDORSED:

_____
United States District Judge

Date: 12/13/04