# U.S. Department of Justice
## United States Marshals Service

# PROCESS RECEIPT AND RETURN

| | |
|---|---|
| PLAINTIFF<br>UNITED STATES OF AMERICA | COURT CASE NUMBER<br>CA No. 04-12582-RCL |
| DEFENDANT<br>301 ADAMS STREET, QUINCY, MASSACHUSETTS; 1548-1558 DORCHESTER AVENUE, DORCHESTER, MASSACHUSETTS; FIVE (5) CERTAIN PARCELS OF LAND WITH THE BUILDINGS(S) THEREON IN BROCKTON PLYMOUTH COUNTY, MASSACHUSETTS, COMMONLY KNOWN AS 11 ROSSETER STREET, 16 ROSSETER STREET, 213-223 NORTH MAIN STREET, 204 NORTH MONTELLO STREET, AND 227 NORTH MAIN STREET, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THEREON; $67,561.88 IN UNITED STATES CURRENCY; and $26,776.42 IN UNITED STATES CURRENCY, SEIZED FROM ASIAN AMERICAN BANK, CHECKING ACCOUNT NUMBER 310029269 | TYPE OF PROCESS   Order for Interlocutory Sales |

FILED IN CLERKS OFFICE
2007 JUL -2  A 11:41
U.S. DISTRICT COURT
DISTRICT OF MASS.

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

five (5) certain parcels of land with the buildings(s) thereon in Brockton, Plymouth County, Massachusetts, commonly known as 11 Rosseter Street, 16 Rosseter Street, 213-223 North Main Street, 204 North Montello Street, and 227 North Main Street (having a deed recorded at the Plymouth County Registry of Deeds, Book 29342, Page 298), currently owned by DL Group, L.L.C.

ADDRESS (Street or RFD, Apartment No., City, State, and ZIP Code)

SEND NOTICE OF SERVICE TO REQUESTER AT NAME AND ADDRESS BELOW.

Kristina E. Barclay, Assistant U.S. Attorney
United States Attorney's Office
John Joseph Moakley United States Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210

Number of process to be served with this Form - 285

Number of parties to be served in this case

Check for service on U.S.A.

RECEIVED 2006 JUN 8 A 4:26 U.S. MARSHALS SERVICE BOSTON, MA

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, Telephone Numbers, and Estimated Times Available For Service)

Please seize, sell, and dispose of the real property named above in accordance with the attached Order for Interlocutory Sales and applicable law. Per the attached Order, after the appropriate deductions are made from the proceeds of the sale of the property, please hold the remaining sale proceeds in the United States Marshals Seized Assets Deposit Fund until further order of the Court in connection with this criminal case.

CATS No. 05-FBI-004714            LJT x3283

| Signature of Attorney or other Originator requesting service on behalf of: | ☒ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER<br>(617) 748-3100 | DATE<br>May 15, 2006 |
|---|---|---|---|
| Kristina E. Barclay/LJT | | | |

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process No. | District of Origin No. 38 | District to Serve No. 38 | Signature of Authorized USMS Deputy or Clerk | Date 6/1/06 |
|---|---|---|---|---|---|

☐ I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc. at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served (If not shown above) | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|
| Address (complete only if different than shown above) | Date of Service 6/26/07   Time   am/pm<br>Signature of U.S. Marshal or Deputy |

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount Owed to US Marshal or Amount of Refund |
|---|---|---|---|---|---|

REMARKS: $16,856.18 Sale Proceeds deposited into the Seized Assets Deposit Fund.

PRIOR EDITIONS MAY BE USED    **1. CLERK OF THE COURT**    FORM USM 285 (Rev. 12/15/80)

☐ USMS RECORD    ☐ NOTICE OF SERVICE    ☐ BILLING STATEMENT    ☐ ACKNOWLEDGMENT OF RECEIPT