UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>    Plaintiff,  )<br>          )<br>          )<br>    v.        )<br>          )<br>301 ADAMS STREET, QUINCY,  )<br>MASSACHUSETTS; 1548-1558   )<br>DORCHESTER AVENUE, DORCHESTER, )<br>MASSACHUSETTS; FIVE (5)    )<br>CERTAIN PARCELS OF LAND WITH THE )<br>BUILDINGS(S) THEREON IN BROCKTON )<br>PLYMOUTH COUNTY, MASSACHUSETTS, )<br>COMMONLY KNOWN AS 11 ROSSETER  )<br>STREET, 16 ROSSETER STREET,   )<br>213-223 NORTH MAIN STREET, 204 )<br>NORTH MONTELLO STREET, AND 227 )<br>NORTH MAIN STREET, INCLUDING ALL )<br>APPURTENANCES AND IMPROVEMENTS  )<br>THEREON; \$67,561.88 IN UNITED  )<br>STATES CURRENCY; and \$26,776.42 IN )<br>UNITED STATES CURRENCY, SEIZED  )<br>FROM ASIAN AMERICAN BANK CHECKING )<br>ACCOUNT NUMBER 310029269,    )<br>     Defendants.    )| Civil Action No. 04-12582-RCL<br><br>Record Owner:<br>Tina Le<br><br>Property:<br>1548 Dorchester Avenue<br>Dorchester, Massachusetts<br><br>Suffolk County<br>Registry of Deeds<br>Book: 32823 Page: 262 |

## RELEASE OF *LIS PENDENS*

TO ALL WHOM IT MAY CONCERN:

PLEASE TAKE NOTICE that the United States of America, by its
attorney, Michael J. Sullivan, United States Attorney for the
District of Massachusetts, hereby releases the Lis Pendens against
the real property and buildings located at 1548-1558 Dorchester
Avenue, Dorchester, Massachusetts ("1548 Dorchester"). For title to
1548 Dorchester, see Book 32823, Page 262, of the Suffolk County
Registry of Deeds, reflecting the conveyance of the property by
Quitclaim Deed on September 19, 2003.

This Release is made by agreement of the parties.

The <u>Lis Pendens</u> was recorded on December 16, 2004, at the Suffolk County Registry of Deeds, a copy of which is attached.

Signed under the pains and penalties of perjury this 5th day of October, 2007.

MICHAEL J. SULLIVAN
United States Attorney

By: _____
KRISTINA E. BARCLAY
Assistant U.S. Attorney
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3100

## COMMONWEALTH OF MASSACHUSETTS

Suffolk, ss.                                                    Boston

Then personally appeared the above named Kristina E. Barclay, Assistant United States Attorney, and acknowledged the foregoing to be true to the best of her knowledge, information, and belief, and to be her free act and deed on behalf of the United States of America.

Subscribed to and sworn before me this 5th day of October, 2007.

_____
Notary Public
My commission expires: 5/29/09

SO ORDERED AND ENDORSED:

_____
REGINALD C. LINDSAY
United States District Court Judge

Dated: _____

N\LTalbot\Barclay\Tina Le\Civil Case\Release of Lis Pendens (1548 Dorchester).wpd

LISA J. TALBOT
Notary Public
Commonwealth of Massachusetts
My Commission Expires
May 29, 2009

2



12/16/2004 Doc: 0075

36110    028

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

75

UNITED STATES OF AMERICA,
          Plaintiff,

          v.

301 ADAMS STREET, QUINCY,
MASSACHUSETTS; 1548-1558
DORCHESTER AVENUE, DORCHESTER,
MASSACHUSETTS; and FIVE (5)
CERTAIN PARCELS OF LAND WITH THE
BUILDINGS(S) THEREON IN BROCKTON
PLYMOUTH COUNTY, MASSACHUSETTS,
COMMONLY KNOWN AS 11 ROSSETER
STREET, 16 ROSSETER STREET,
213-223 NORTH MAIN STREET, 204
NORTH MONTELLO STREET, AND 227
NORTH MAIN STREET, INCLUDING ALL
APPURTENANCES AND IMPROVEMENTS
THEREON,

          Defendants.

) **FILED EX PARTE AND UNDER SEAL**
)
) Civil Action No.
)
) 04 - 12582 RCL
)  Record Owner:
)  Tina Le
)
)  Property:
)  1548 Dorchester Avenue
)  Dorchester, Massachusetts
)
)  Suffolk County
)  Registry of Deeds
)  Book: 32823 Page: 262
)
)
)   I HEREBY ATTEST AND CERTIFY ON 12/15/07
)   THAT THE FOREGOING DOCUMENT
)   AND THIS IS A CORRECT COPY OF THE ORIGINAL ON FILE
)   IN MY OFFICE AND IN MY LEGAL CUSTODY.

TONY ANASTAS
CLERK, U.S. DISTRICT COURT
DISTRICT OF MASSACHUSETTS
BY Don Stanley

**LIS PENDENS**

TO ALL WHOM IT MAY CONCERN:

PLEASE TAKE NOTICE that the United States of America, by its

attorney, Michael J. Sullivan, United States Attorney for the

District of Massachusetts, has caused a Verified Complaint for

Forfeiture in Rem to be filed against the real property and

buildings located at 1548-1558 Dorchester Avenue, Dorchester,

Massachusetts, having a deed recorded at the Suffolk County

Registry of Deeds at Book 32823, Page 262, currently owned by

("1548 Dorchester"). The Complaint alleges that 1548

Dorchester constitutes or is derived from, proceeds of mail fraud

and/or wire fraud, in violation of 18 U.S.C. §§ 1341 and/or 1343,

and therefore is subject to forfeiture pursuant to 18 U.S.C. §

Lisa J. Tailor - Pentland Servant
U.S. Attorney's Office
1 Courthouse Way Suite 9200

36110  029

981(a)(1)(C).  In addition, the Complaint further alleges that

1548 Dorchester was involved in transactions or attempted

transactions in violation of 18 U.S.C. §§ 1956 and/or 1957, and

therefore is subject to forfeiture pursuant to 18 U.S.C.

§ 981(a)(1)(A).

For title to 1548 Dorchester, see Book 32823, Page 262, of

the Suffolk County Registry of Deeds, reflecting the conveyance

of the property by Quitclaim Deed on September 19, 2003.

Respectfully submitted,

MICHAEL J. SULLIVAN
United State Attorney

By:

KRISTINA E. BARCLAY
Assistant U.S. Attorney
Suite 9200
1 Courthouse Way
Boston, MA 02210
(617) 748-3100

Dated: December  9 , 2004


COMMONWEALTH OF MASSACHUSETTS

Suffolk, ss.

OATH

The undersigned Kristina E. Barclay, Assistant United States
Attorney, on her oath declares that the proceeding referred to
above affects the title to the land and building as described
above.

Kristina E. Barclay
Assistant U.S. Attorney

Dated: December  9 , 2004

2

36110   030

Then personally appeared the above-named Kristina E. Barclay, Assistant United States Attorney, and acknowledge the foregoing to be true to the best of her knowledge, information and belief, and to be her free act and deed on behalf of the United States of America.

Subscribed to and sworn before this $\underline{9}$ day of December, 2004.

NOTARY PUBLIC

My Commission expires:

KAY-BETH WHITTEN
Notary Public
Commonwealth of Massachusetts
My Commission Expires
May 15, 2009

The above-captioned action constitutes a claim of right to title to real property or the use and occupation thereof or the building thereon.

SO ORDERED AND ENDORSED:

United States District Judge

Date:

3

36110   03∤

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>        Plaintiff,<br><br>        v.<br><br>301 ADAMS STREET, QUINCY,<br>MASSACHUSETTS; 1548-1558<br>DORCHESTER AVENUE, DORCHESTER,<br>MASSACHUSETTS; and FIVE (5)<br>CERTAIN PARCELS OF LAND WITH THE<br>BUILDINGS(S) THEREON IN BROCKTON<br>PLYMOUTH COUNTY, MASSACHUSETTS,<br>COMMONLY KNOWN AS 11 ROSSETER<br>STREET, 16 ROSSETER STREET,<br>213-223 NORTH MAIN STREET, 204<br>NORTH MONTELLO STREET, AND 227<br>NORTH MAIN STREET, INCLUDING ALL<br>APPURTENANCES AND IMPROVEMENTS<br>THEREON,<br>        Defendants. | )<br>)<br>)Civil Action No. 04-12582-RCL<br>)<br>)<br>)   Record Owner:<br>)   Tina Le<br>)<br>)   Property:<br>)   1548 Dorchester Avenue<br>)   Dorchester, Massachusetts<br>)<br>)   Suffolk County<br>)   Registry of Deeds<br>)   Book: 32823 Page: 262<br>)<br>)<br>)<br>)<br>) |

**AFFIDAVIT OF SERVICE**

I, Sarah Burket Slattery, Forfeiture Paralegal,
Federal Bureau of Investigation, being duly sworn, depose and say:

1.    The attached Lis Pendens was issued in the above-
captioned case and relates to real property which is subject to
forfeiture pursuant to Title 18, United States Code, Sections
981(a)(1)(C) and 981(a)(1)(A).

2.    I have caused to be served the aforementioned Lis
Pendens by certified mail addressed to:

Tina Le                            Steven Nguyen
301 Adams Street                   301 Adams Street
Quincy, MA 02169                   Quincy, MA 02169

Suffolk County Registry of Deeds   Barron & Stadfeld
24 New Chardon Street              50 Staniford Street
Boston, MA 02114                   Suite 200
                                   Boston, MA 02114

36110    032

Greenpoint Mortgage Funding, Inc.      Equity One, Incorporated
2300 Brookstone Center Parkway         200 Chauncy Street
Columbus, OH 31309                     Mansfield, MA 02048

City of Boston                         Equity One, Incorporated
Assessing Department                   25 South River Road
1 City Hall Plaza, Rm 302              Bldg. #1, Unit 104
Boston, MA 02201                       Bedford, MA 03110

Greenpoint Mortgage Funding, Inc.      Quincy Tax Assessor's
2300 Brookstone Center Parkway         Office
Columbus, OH 31309                     1345 Hancock Street
                                       Quincy, MA 02169

3.    The Lis Pendens will also be served upon counsel for

any claimant after counsel files his/her appearance.

Signed under the pains and penalties of perjury this 16

day of December , 2004.

Sarah Burkut Slattery
Sarah Burkut Slattery
Forfeiture Paralegal
Federal Bureau of Investigation

**Commonwealth of Massachusetts**

Suffolk, SS.

On this 16 day of December , 2004, before me, the
undersigned notary public, personally appeared _____,
Sarah Burkut Slattery
who proved to me through satisfactory evidence of identification,
which were FBI Credentials , to be the person
whose name is signed on the preceding or attached document, and
who swore or affirmed to me that the contents of the document are
truthful and accurate to the best of his/her knowledge and
belief.

(official signature and seal of notary)

My commission expires 12/17/2010

DESI SIDEROPOULOS
Notary Public
Commonwealth of Massachusetts
My Commission Expires
December 17, 2010

2