**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

CIVIL ACTION NO. 04-12582-RCL

| |
|---|
| **UNITED STATES OF AMERICA**<br>        **Plaintiff,**<br><br>v.<br><br>**301 ADAMS STREET, QUINCY, MASSACHUSETTS; 1548-1558 DORCHESTER AVENUE, DORCHESTER, MASSACHUSETTS; FIVE (5) CERTAIN PARCELS OF LAND WITH BUILDING(S) THEREON IN BROCKTON, PLYMOUTH COUNTY, MASSACHUSETTS COMMONLY KNOWN AS 11 ROSSETER STREET, 16 ROSSETER STREET, 213-223 NORTH MAIN STREET, 204 NORTH MONTELLO STREET AND 227 NORTH MAIN STREET, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THEREON; $67,561.88 IN UNITED STATES CURRENCY, SEIZED FROM ASIAN AMERICAN BANK CHECKING NUMBER 310029269,**<br>        **Defendants,** |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Please withdraw my appearance as counsel on behalf of Aurora Loan Services in the above matter. Pursuant to Aurora Loan Services' receipt of payment in full from the United States Department of Justice under the terms of the Joint Motion for Interlocutory Sale filed on February 28, 2006, Aurora Loan Services no longer has an interest in the case.

Respectfully submitted,
**AURORA LOAN SERVICES**
By its attorneys,


/s/Jeffrey J. Clark, Esquire
Jeffrey J. Clark, Esquire
BBO # 560421
HARMON LAW OFFICES, P.C.
P.O. Box 610389
Newton Highlands, MA 02461-0389
(617) 558-0500

Dated: December 10, 2007

## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-12582-RCL

**In Re: UNITED STATES OF AMERICA
Plaintiff,**

Vs.

**301 Adams Street, Quincy, MA, et al**

    I, Jeffrey J. Clark, Esquire, state that on December 10, 2007, I electronically filed the foregoing Notice of Withdrawal of Appearance with the United States District Court for the District of Massachusetts using the CM/ECF System. I served the foregoing document on the following CM/ECF participants:

    Kristina E. Barclay, Esq.
    Assistant U.S. Attorney

    Paul G. Levenson, Esq.

    /s/ Jeffrey J. Clark
    Jeffrey J. Clark
    BBO# 560421